UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 10067
  JANE VAN HOVE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-2608
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/12/04 and confirmed on 06/11/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12292.50 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1307.65 | .00 | 1229.95 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1145.37 | .00 | 1077.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4414.01 | .00 | 4151.73 |
| HARRIS BANK JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY MEDICAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| MARK TROLKA MD | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOX LAKE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 764.50 | .00 | 719.07 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 2038.27 | .00 | 1917.15 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 9669.80 | .00 | 9669.80 |
| PRINCIPAL PAID | .00 | .00 | 9095.21 | .00 | 9095.21 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 9095.21 | .00 | 9095.21 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   2700.00
and was paid $     56.00   direct and $    2644.00   through the plan.

The Trustee received $     553.29 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
        CASE NO. 04 B 10067 JANE VAN HOVE
```